# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BOHM, | ) | |
| | ) | Civil Action No. 12 – 16J |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| MELISSA STRAW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Being that all parties have consented to the jurisdiction of the Magistrate Judge (ECF Nos. 7, 33) and that this case was referred to the undersigned to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure (ECF No. 45),

**IT IS HEREBY ORDERED** that the undersigned's Report and Recommendation dated January 8, 2013, is **VACATED**. A Memorandum Opinion and Order will follow.

Dated: January 8, 2013

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: **DAVID BOHM**
GV-8861
SCI Cresson
P.O. Box A
Cresson, PA 16699-0001
*Via U.S. Postal Mail*

1

Counsel of Record
*Via ECF Electronic Mail*