IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BOHM, | ) | |
| | ) | Civil Action No. 12 – 16J |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| MELISSA STRAW, *et al.*, | ) | |
| | ) | ECF Nos. 27, 34, 41 |
| Defendants. | ) | |

**ORDER**

**AND NOW**, this 8th day of January, 2013;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants (ECF No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 34) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend/Correct Complaint (ECF No. 41) is construed as a Motion to Supplement and is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is not permitted to amend his complaint as granting him leave to do so would be futile.  *See* Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc., 482 F.3d 247, 251 (3d Cir. 2007); *see also* Alston v. Parker, 363 F.3d 229, 235 (3d Cir. 2004) (asserting that where a complaint is vulnerable to dismissal pursuant to 12(b)(6), the district court must offer the opportunity to amend unless it would be inequitable or futile).

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: David Bohm
GV-8861
SCI Cresson
P.O. Box A
Cresson, PA  16699-0001
*Via U.S. Postal Mail*

Counsel of Record
*Via Electronic Mail*